# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Magner, Elizabeth W. | Bankruptcy Court, ED La. | 8/8/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

500 Poydras St. Ste B-741B
New Orleans, La. 70130-3310

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 ▨ Trust |
| 2. | Trustee | Trust #2 ▨ Trust |
| 3. | Trustee | Trust #3 ▨ Testmentary Trust ▨ |
| 4. | Trustee | Trust #4 ▨ Testementary Trust ▨ |
| 5. | Trustee | Trust #5 ▨ Testamantary Trust ▨ |
| 6. | Executrix | Succession of ▨ |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 8/8/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Partner, Jones, Walker, LLP |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Louisiana State University Paul M. Hebert Law Center Seminar on Bankruptcy | November 3, 2017 | Baton Rouge, La. | Speaking | Meals, hotel, mileage |
| 2. | Mississippi State Bar on Bankruptcy | November 7-9, 2017 | Jackson, MS. | Speaking | Meals, hotel, mileage |
| 3. | University of Texas Westbrook Institute on Bankruptcy | November 16-17, 2018 | Austin, TX | Speaking | Meals, hotel, transportation |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 8/8/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Hancock/Whitney National Bank | Construction line of credit | P1 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 8/8/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Real property; Waynesville, N.C.-purchased 2003; $165,000 | | None | M | R | | | | | |
| 2. United Health Group Common Stock | C | Dividend | M | T | | | | | |
| 3. Trust #1 income and principal beneficiary-Guardian Life Ins. | A | Interest | N | T | | | | | |
| 4. Whitney National Bank Accounts | A | None | M | T | | | | | |
| 5. Guardian Life Insurance-universal variable life | A | Dividend | L | U | | | | | |
| 6. EWA, LLC | A | Int./Div. | J | U | | | | | |
| 7. MA Patout, Inc | C | Int./Div. | J | U | | | | | |
| 8. Berkshire Hathaway, Inc. common stock | | None | N | T | | | | | |
| 9. Real property Union City, TN 25%; 3/7/2014 | D | Rent | M | Q | | | | | |
| 10. | | | | | | | | | |
| 11. WHITNEY Investment Account | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. Fidelity Gov't MMKT Capital Reserves f/k/a Prime Capital Fund Reserves | A | Interest | J | T | Sold (part) | 12/22/17 | K | A | |
| 14. -Harris Cnty Tex Mun Util Dist No 165 | C | Interest | M | T | | | | | |
| 15. -Sienna Plantation Mun Util Dist No 10 | C | Interest | M | T | | | | | |
| 16. -Pasco Cnty Fla Sch Brd Ctfs Partn COPS | B | Interest | L | T | | | | | |
| 17. -Thomasvillse NC Comb Enterprise Sys Rev | | None | K | T | Buy | 12/22/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 8/8/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19. Personal Raymond James IRA Rollover | | | | | | | | | |
| 20. | | | | | | | | | |
| 21. -Am Bal FD CL F2 Am Funds | D | Int./Div. | M | T | Buy | 01/06/17 | L | | |
| 22. | | | | | Sold (part) | 12/21/17 | J | A | |
| 23. -Am Cap FD CL F2 Am Funds | A | Dividend | J | T | Buy | 01/06/17 | J | | |
| 24. | | | | | | | | | |
| 25. | | | | | | | | | |
| 26. -Am Mutual Fund Cl A | A | Dividend | | | Sold | 07/14/17 | J | A | |
| 27. | | | | | | | | | |
| 28. -Capital Inc Builder DF CL A | B | Dividend | K | T | | | | | |
| 29. | | | | | | | | | |
| 30. -Inc FD of AM CL A | C | Int./Div. | K | T | Buy (add'l) | 05/01/17 | K | | |
| 31. | | | | | | | | | |
| 32. -Bond Fd of Am Cl F2 Am Funds | | None | | | Sold | 01/06/17 | K | A | |
| 33. | | | | | | | | | |
| 34. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 8/8/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Strategic Bd Fd Cl F2 Am Funds N/L | A | Dividend | | | Sold (part) | 01/06/17 | K | A | |
| 36. | | | | | Sold (part) | 01/06/17 | K | A | |
| 37. | | | | | Sold (part) | 04/18/17 | J | A | |
| 38. | | | | | Sold (part) | 07/14/17 | K | A | |
| 39. | | | | | Sold | 01/11/17 | J | A | |
| 40. | | | | | | | | | |
| 41. -Eaton Vance Atl Cap SMID Cap | | None | K | T | Buy | 07/17/17 | J | | |
| 42. | | | | | Buy (add'l) | 08/14/17 | J | | |
| 43. | | | | | | | | | |
| 44. -Euro Pacific Frowth FD CL F2 Am Funds | A | Int./Div. | K | T | Buy | 01/06/17 | K | | |
| 45. | | | | | | | | | |
| 46. | | | | | | | | | |
| 47. -Direxion Shares ETF Trust Daily 20 Yr | | None | | | Sold | 01/09/17 | J | A | |
| 48. | | | | | | | | | |
| 49. -Investment Co of Am CL F@ Am Funds | C | Int./Div. | K | T | Buy | 07/14/17 | K | | |
| 50. | | | | | | | | | |
| 51. -New Perspective Fd Cl F2 Am Funds | | None | K | T | Buy | 01/06/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 8/8/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | B | Int./Div. | | | | | | | |
| 53.  -New World Fd Cl A Am Funds | A | Dividend | J | T | Buy | 07/14/17 | J | | |
| 54. | | | | | | | | | |
| 55. | | | | | | | | | |
| 56.  -Powershares Senior Loan Port a/k/a PowersharesExch Traded FD TR II | | None | | | Sold | 01/09/17 | J | A | |
| 57. | | | | | | | | | |
| 58.  -Proshares Tr Proshares Ultra 7-10 Tr | | None | | | Sold | 01/04/17 | J | A | |
| 59. | | | | | | | | | |
| 60.  -Raymond JamesBank Deposit Program | | None | J | T | Distributed (part) | 01/09/17 | K | A | |
| 61. | | | | | | | | | |
| 62.  Personal Raymond James Account #1 | | | | | | | | | |
| 63. | | | | | | | | | |
| 64.  -Am Bal Fund CL F2 Am Funds | C | Dividend | L | T | Buy | 01/09/17 | K | | |
| 65. | | | | | | | | | |
| 66.  -DeSoto Parish LA Sch BRD Sales & Use Tax Bonds | B | Interest | | | Distributed | 10/26/17 | K | | |
| 67. | | | | | | | | | |
| 68.  -Eaton Vance Atl Cap SMID Am Funds | | None | J | T | Buy | 08/04/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 8/8/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. -Euro Pacific Growth Fd Cl F2 Am Funds | A | Dividend | J | T | Buy | 05/01/17 | J | | |
| 71. | | | | | | | | | |
| 72. -Investment Co of Am CL F2 Am Funds | A | Dividend | K | T | Buy | 07/17/17 | K | | |
| 73. | | | | | | | | | |
| 74. -La LOC Govt Environ Fac Dev Bds LCTCS | B | Interest | | | Distributed | 10/26/17 | L | | |
| 75. | | | | | | | | | |
| 76. -LSU BD of Supervisors Rev Bonds 2010 | B | Interest | | | Distributed | 10/26/17 | L | | |
| 77. | | | | | | | | | |
| 78. -LSU BD of Supervisors Rev Bonds 2012 | C | Interest | | | Distributed | 10/26/17 | M | | |
| 79. | | | | | | | | | |
| 80. -Orleans Parish Sch Dist GO Ref Bds Ser 2010 | B | Interest | | | Distributed | 10/26/17 | L | | |
| 81. | | | | | | | | | |
| 82. -New Economy Fd Cl F2 Am Funds | B | Dividend | K | T | Buy | 01/09/17 | K | | |
| 83. | | | | | | | | | |
| 84. -New Prespective Fd CL 2 Am Funds | B | Dividend | K | T | Buy | 01/09/17 | K | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 8/8/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -New World Fund CL F2 Am Funds | A | Dividend | J | T | Buy | 05/01/17 | J | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. Raymond James Bank | A | Interest | K | T | Distributed (part) | 01/09/17 | L | A | |
| 90. | | | | | | | | | |
| 91. Raymond James Bond Account | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. -De Soto Parish La Sch Bd Sales & Use Tax Bonds 2022 | | None | K | T | Spinoff (from line 66) | 10/26/17 | K | | |
| 94. | | | | | | | | | |
| 95. -La LOC Govt Env Facs & Cmnty Dev Auth Rev bonds 2020 | | None | L | T | Spinoff (from line 74) | 10/26/17 | K | | |
| 96. | | | | | | | | | |
| 97. -La St Univ College Bd Supervisors Rev Bonds 2010 | | None | L | T | Spinoff (from line 76) | 10/26/17 | L | | |
| 98. | | | | | | | | | |
| 99. -LA St Univ College Bd Supervisors Rev Bonds 2012 | | None | M | T | Spinoff (from line 78) | 10/26/17 | M | | |
| 100. | | | | | | | | | |
| 101. -Orleans Parish La Sch Dist G O Ref Bonds 2012 | | None | L | T | Spinoff (from line 80) | 10/26/17 | L | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 8/8/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104.  401(K) Jones Walker | | | | | | | | | |
| 105.  -FID Freedom K 2025 | D | Int./Div. | M | T | | | | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 8/8/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

███ died on March 7, 2014. ██████, Trust #1 was funded with life insurance proceeds. I am an income & principal beneficiary as well as the trustee of that trust.

I am the trustee of Trust #2 which has no assets.

Reporting on Trusts 3-5 is no longer required. Reporting on Succession of ████ is no longer required.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Elizabeth W. Magner**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544